# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2023-0917

———————————————————

RICHARD A. OLIVER,

    Appellant,

v.

MELINDA E. OLIVER,

    Appellee.

———————————————————

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

December 28, 2023


PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Richard A. Oliver, pro se, Appellant.

Aaron B. Wentz and Kelly A. Simon of Aaron B. Wentz, P.A., Fort Walton Beach, for Appellee.